IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00135-REB-KLM

HEALTHTRIO, LLC, a Colorado limited liability company,

    Plaintiff,

v.

TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, a Connecticut corporation,

    Defendant.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on **Defendant's Motion for Jurisdictional Discovery** [#2][1] (the "Motion") and **Defendant's Withdrawal of Motion for Jurisdictional Discovery** [#13] (the "Notice of Withdrawal").  In the Notice of Withdrawal, Defendant states that the Motion has been rendered moot and that Defendant wishes to withdraw the Motion.  Accordingly,

    IT IS HEREBY **ORDERED** that the Motion [#2] is deemed **WITHDRAWN**.

    Dated:  January 31, 2014

---

[1] "[#2]" is an example of the convention I use to identify the docket number assigned to a specific paper by the Court's case management and electronic case filing system (CM/ECF).  I use this convention throughout this Minute Order.