IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00135-REB-KLM

HEALTHTRIO, LLC, a Colorado limited liability company,

    Plaintiff,

v.

TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, a Connecticut corporation,

    Defendant.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

This matter is before the Court on the parties' **Second Joint Motion to Amend the Scheduling Order** [#59][1] (the "Motion").

IT IS HEREBY **ORDERED** that the Motion [#59] is **GRANTED**. The Scheduling Order entered on April 3, 2014 [#22] and the Trial Preparation Conference Order entered on April 4, 2014 [#23] and amended on July 28, 2014 [#47], are further modified to extend the following deadlines:

| | |
|---|---|
| • Affirmative Expert Disclosure Deadline | **November 4, 2014** |
| • Rebuttal Expert Disclosure Deadline | **December 5, 2014** |
| • Discovery Deadline | **December 19, 2014** |
| • Rule 702 Deadline | **January 7, 2015** |

Dated: September 9, 2014

---

[1] "[#59]" is an example of the convention I use to identify the docket number assigned to a specific paper by the Court's case management and electronic case filing system (CM/ECF). I use this convention throughout this Minute Order.