IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00135-REB-KLM

HEALTHTRIO, LLC, a Colorado limited liability company,

    Plaintiff,

v.

TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, a Connecticut corporation,

    Defendant.

_____

### MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the parties' **Stipulated and Joint Motion Requesting Modification of Scheduling Order to Afford 10-Day Extension of Time to Provide Fed.R.Civ.P. 26(a)(2) Expert Disclosures** [#75][1] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion [#75] is **GRANTED**. The Scheduling Order entered on April 3, 2014 [#22] and amended on July 9, 2014 [#62], is further modified to extend the following deadlines:

- Affirmative Expert Disclosure Deadline    **November 14, 2014**
- Rebuttal Expert Disclosure Deadline    **December 15, 2014**

    Dated: November 4, 2014

---

[1] "[#75]" is an example of the convention I use to identify the docket number assigned to a specific paper by the Court's case management and electronic case filing system (CM/ECF). I use this convention throughout this Minute Order.