IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00135-REB-KLM

HEALTHTRIO, LLC, a Colorado limited liability company,

    Plaintiff,

v.

TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, a Connecticut corporation,

    Defendant.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the parties' **Joint Motion for Leave to Take Certain Depositions Out of Time and to Supplement Expert Reports Following the Deposition of Asma Hasan** [#102][1] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion [#102] is **GRANTED**.  Accordingly,

    IT IS FURTHER **ORDERED** that the parties may take the deposition of Asma Hasan on **December 29, 2014**, after the close of discovery.

    IT IS FURTHER **ORDERED** that, on or before **January 9, 2015**, Defendant may supplement its expert reports to incorporate information from Ms. Hasan's deposition.

    IT IS FURTHER **ORDERED** that, on or before **January 19, 2015**, Plaintiff may supplement its expert reports to respond to Defendant's supplementation of its expert reports.

    IT IS FURTHER **ORDERED** that the parties may take the deposition of Professor Jeffrey E. Thomas on **January 14, 2015**, after the close of discovery.

---

[1] "[#102]" is an example of the convention I use to identify the docket number assigned to a specific paper by the Court's case management and electronic case filing system (CM/ECF).  I use this convention throughout this Minute Order.

IT IS FURTHER **ORDERED** that the parties may take the deposition of Judge Thomas E. Scott on **January 29, 2015**, after the close of discovery.

IT IS FURTHER **ORDERED** that the parties may take the deposition of R. Hugh Lumpkin on **January 30, 2015**, after the close of discovery.

IT IS FURTHER **ORDERED** that the parties may take the deposition of John Kezer on or before **January 31, 2015**, after the close of discovery.

Dated:  December 22, 2014