IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00135-REB-KLM

HEALTHTRIO, LLC, a Colorado limited liability company,

    Plaintiff,

v.

TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, a Connecticut corporation,

    Defendant.

_____

### MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the **Joint Notice of Settlement** [#126][1].

    IT IS HEREBY **ORDERED** that **Defendant's Motion for Judgment on the Pleadings to Dismiss Without Prejudice Plaintiff's Premature Claim for Punitive Damages** [#64] and **Plaintiff's Motion to Amend Complaint to Add Claims for Punitive/Statutory Damages** [##108, 109] are **DENIED as moot**.

    IT IS FURTHER **ORDERED** that the parties shall file dismissal papers on or before **February 16, 2015**.

    Dated: February 2, 2015

---

[1] "[#126]" is an example of the convention I use to identify the docket number assigned to a specific paper by the Court's case management and electronic case filing system (CM/ECF). I use this convention throughout this Minute Order.